**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00036-CV

**LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants**

**V.**

**MICHAEL WIDO, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

Before the Court is appellees' August 11, 2014 agreed second motion to extend time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed on or before September 17, 2014.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE